**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:13-cv-343-FDW**

| | | |
|---|---|---|
| JOHN EDWARD KUPLEN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | **ORDER** |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on period status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983, on June 4, 2013. On October 21, 2013, the Court issued summonses to the U.S. Marshal to effectuate service of process on Defendants. (Doc. No. 9). The U.S. Marshal has not returned the summonses as either executed or unexecuted. The U.S. Marshal shall again attempt to serve Defendants with the summonses provided by Plaintiff in accordance with Rule 4(j) of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED that:**

1.     The U.S. Marshal shall again attempt to serve Defendants with the summonses provided by Plaintiff in accordance with Rule 4(j) of the Federal Rules of Civil Procedure.

Signed: January 24, 2014

Frank D. Whitney
Chief United States District Judge