# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-cv-343-FDW

| | |
|---|---|
| JOHN EDWARD KUPLEN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, FEDERAL BUREAU ) | |
| INVESTIGATION, ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on periodic review of this action. The Court notes that the docket report in this matter shows that the United States Department of Justice was served with summons on February 20, 2014. The United States has not, however, filed an Answer or responsive pleading. The United States shall, within twenty (20) days of this Order, either submit an Answer or Response, or the United States shall inform the Court as to why an Answer or responsive pleading has not been filed.

**IT IS, THEREFORE ORDERED** that Defendant United States shall, within twenty (20) days of this Order, file an Answer or responsive pleading, or submit to the Court an explanation as to why the Government has not answered. The Clerk is directed to mail this Order to the United States Attorney's office for the Western District of North Carolina.

1

Signed: June 10, 2014

Frank D. Whitney
Chief United States District Judge