**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-343-FDW**

| | | |
|---|---|---|
| **JOHN EDWARD KUPLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU INVESTIGATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the pro se Plaintiff's "Motion for Access to the Courts Cited Unpublished Opinions." (Doc. No. 49). Plaintiff seeks to have the Clerk of this Court mail him copies of three unpublished opinions cited in this Court's orders in this action.

**IT IS HEREBY ORDERED** that Plaintiff's "Motion for Access to the Courts Cited Unpublished Opinions" (Doc. No. 49), is **GRANTED**. The Clerk of this Court is respectfully instructed to mail to Plaintiff copies of the following unpublished opinions:

(1) Heily v. U.S. Dep't of Commerce, 69 Fed. App'x 171 (4th Cir. 2003).

(2) Davis v. Dep't of Defense, No. 3:07-cv-492-RJC-DSC, 2010 WL1837925, at *4 (W.D.N.C. May 6, 2010).

(3) Casa de Maryland v. U.S. Dep't of Homeland Sec., 409 Fed. App'x 697, 700 (4th Cir. 2011).

1

_____
Frank D. Whitney
Chief United States District Judge